| | |
|---|---|
| Kevin H. Marino | OF COUSNEL: |
| John D. Tortorella | Ross B. Bricker (admitted *pro hac vice*) |
| MARINO, TORTORELLA & BOYLE, P.C. | John F. Ward, Jr. (admitted *pro hac vice*) |
| 437 Southern Boulevard | Laura C. Bishop (admitted *pro hac vice*) |
| Chatham, New Jersey 07928-1488 | JENNER & BLOCK, LLP |
| (973) 824-9300 | 353 N. Clark Street |
| | Chicago, Illinois 60654-3456 |
| *Counsel for Defendant* | (312) 222-9350 |
| *The Hertz Corporation* | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL MARGULIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION,<br><br>Defendant. | No. 2:14-cv-1209 (WJM/MF)<br><br>Hon. William J. Martini, presiding<br><br>**NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS FOR FAILURE TO JOIN INDISPENSABLE PARTIES**<br><br>Return Date: September 2, 2014<br><br>**ORAL ARGUMENT REQUESTED** |

TO:
| | |
|---|---|
| James E. Cecchi | Jason L. Solotaroff |
| Lindsey H. Taylor | Oren S. Giskan |
| CARELLA, BYRNE, CECCHI, | GISKAN SOLOTAROFF |
| OLSTEIN, BRODY, & AGNELLO, P.C. | ANDERSON & STEWART LLP |
| 5 Becker Farm Road | 11 Broadway – Suite 2150 |
| Roseland, NJ 07068-1739 | New York, New York 10004 |
| (973) 994-1700 | (212) 847-8315 |

*Counsel for Plaintiff Daniel Margulis*

**PLEASE TAKE NOTICE** that at 9:00 a.m. on September 2, 2014, or such other time and date as set by the Court, Defendant, The Hertz Corporation, by and through its undersigned counsel, will move before the Hon. William J. Martini, U.S.D.J., U.S. District Court for the District of New Jersey, M.L. King Jr. Fed. Bldg. & Cthse., 50 Walnut St., Newark, NJ 07102, for entry of an Order granting Defendant's Motion for Judgment on the Pleadings for Failure to Join Indispensable Parties pursuant to Federal Rules of Civil Procedure 12(c) and 12(h)(2)(B).

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Defendant will rely on the Memorandum of Law and the accompanying Certification of Kevin H. Marino with exhibits submitted herewith. A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendant respectfully requests oral argument on this motion.

Dated: August 1, 2014

Respectfully submitted,

**THE HERTZ CORPORATION**

MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Phone: (973) 824-9300
Facsimile: (973) 824-8425

By: _____
Kevin H. Marino
John D. Tortorella

2

Ross B. Bricker (admitted *pro hac vice*)
John F. Ward, Jr. (admitted *pro hac vice*)
Laura C. Bishop (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois   60654-3456
Tel:  (312) 222-9350
Fax:  (312) 840-7650

*Counsel for Defendant The Hertz Corporation*