James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739
(973) 994-1700

Oren S. Giskan
Raymond Audain
GISKAN SOLOTAROFF &
ANDERSON LLP
11 Broadway - Suite 2150
New York, New York 10004
(212) 847-8315

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL MARGULIS, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>'s.<br><br>THE HERTZ CORPORATION,<br><br>          Defendant. | Civil Action No. 14-1209(JMV)(MF)<br><br>**STIPULATION OF DISMISSAL** |

THIS MATTER having been amicably resolved by and between the parties, the above matter is hereby dismissed with prejudice and without costs.

CARELLA, BRYNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.

By:   /s/ Lindsey H. Taylor
       James E. Cecchi
       Lindsey H. Taylor

5 Becker Farm Road
Roseland, New Jersey  07068-1739
Tel: (973) 994-1700
Fax: (973) 994-1744


Oren S. Giskan
GISKAN SOLOTAROFF &
ANDERSON LLP
217 Centre Street
New York, New York  10013
Tel: (212) 847-8315

MARINO, TORTORELLA & BOYLE, P.C.


By:   /s/ Kevin H. Marino
       Kevin H. Marino
       John D. Tortorella

437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel:  (973) 824-9300
Fax: (973) 824-8425

Ross B. Bricker (admitted *pro hac vice*)
John F. Ward, Jr. (admitted *pro hac vice*)
JENNER & BLOCK, LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Tel:  (312) 222-9350
Fax: (312) 840-7650

Fax: (646) 520-3237

*Counsel for Plaintiff Daniel Margulis*

*Counsel for Defendant The Hertz Corporation*

SO ORDERED this  28th   day of April, 2021:

_____
JOHN MICHAEL VAZQUEZ, U.S.D.J.